# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>MARRIOTT HOTEL SERVICES, INC.,<br><br>　　　　　　　　　　Defendant. | Case No. 20cv132-MMA (JLB)<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>[Doc. No. 3] |

　　　　The parties jointly move for an extension of time within which Marriott Hotel Services, Inc. ("Defendant") must answer or otherwise respond to the Complaint. Doc. No. 3. Good cause appearing, the Court **GRANTS** the parties' joint motion and **ORDERS** that Defendant answer or otherwise respond to the Complaint on or before **March 16, 2020**.

　　　　**IT IS SO ORDERED.**

Dated: February 13, 2020

　　　　　　　　　　　　　　　　　　　　　　*Michael M. Anello*
　　　　　　　　　　　　　　　　　　　　　　Hon. Michael M. Anello
　　　　　　　　　　　　　　　　　　　　　　United States District Judge